UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FNU LNU,<br>Defendant. | CASE NO. 2:26-cr-00152-LK<br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Defendant FNU LNU's Unopposed Motion To Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 18.[1] FNU LNU is charged with two counts of Theft of Public Funds in violation of 18 U.S.C. §§ 641 and 2, one count of Social Security Number Misuse in violation of 42 U.S.C. § 408(a)(7)(A), and two counts of Aggravated Identity Theft in violation of 18 U.S.C. §§ 1028A(a)(1) and 2. Dkt. No. 1 at 1–5. He pleaded not guilty to the charges and was released on bond. Dkt. No. 8. Trial is currently set for October 19, 2026, with pretrial motions due September 2, 2026. *Id.* FNU LNU requests a continuance of the

[1] "FNU LNU is short for 'First Name Unknown' and 'Last Name Unknown,'" as set forth in the Indictment. Dkt. No. 1 at 1 n.1.

trial to March 15, 2027, with a pretrial motions deadline of January 22, 2027. Dkt. No. 18 at 1. The Government does not oppose the request. *Id.* FNU LNU has waived his speedy trial rights and consented to a continuation of his trial to a date up to and including May 1, 2027. Dkt. No. 19.

FNU LNU states that the Government provided discovery on August 14 and 19, 2026. Dkt. No. 18 at 1. FNU LNU's counsel "requests additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with [their] client." *Id.* at 1–2. "In addition, there are medical issues pertaining to Mr. LNU requiring a continuance of the trial date." *Id.* at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and FNU LNU in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation—taking into account the exercise of due diligence—due to counsel's need for more time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, and explain potential plea, trial, or sentencing consequences with FNU LNU. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and FNU LNU reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 18, and ORDERS that the trial date shall be continued to March 15, 2027, and the pretrial motions deadline shall be continued to January 22, 2027.

//

//

It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which FNU LNU's trial must commence under the Speedy Trial Act.

Dated this 1st day of September, 2026.

Lauren King
United States District Judge